UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 12-30047-MLW |
| V. ) | |
| ) | |
| JOSE CARMONA, ) | |
| Defendant. ) | |

GOVERNMENT'S MOTION FOR A STATUS CONFERENCE AND
SECOND MOTION FOR ENTRY
OF AN ORDER OF EXCLUDABLE DELAY

Now comes the United States, by its undersigned attorneys, and hereby moves that the Court schedule a Status Conference and enter an Order of Excludable Delay from September 30, 2013 through the date of the next Status Conference pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A). The government relies on the following in support thereof.

During the April 22, 2013 Final Status Conference the defendant requested time within which to request and review a pre-plea presentence report (PSR) and obtain a mental health evaluation of the defendant. A Pretrial Conference was scheduled for June 27, 2013. During the June 27, 2013 Pretrial Conference the defendant requested more time to obtain the pre-plea PSR and the mental health evaluation. The Court scheduled another Pretrial Conference for September 30, 2013.

On July 27, 2013 the case was reassigned to this Court. No date has yet been scheduled for a Status Conference. On August 1, 2013 the defendant filed a Motion for Funds for an Independent

*[Handwritten annotation:]* A status conference shall be held on November 21, 2013, at 3 p.m. As requested all time from September 30, 2013 until then is excluded for STA purposes. WoU, DJ Oct 24, 2013